**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Lauren Noel Maurer
Durio, McGoffin, Stagg
P. O. Box 51308
Lafayette LA 70505-1308

Steven Gerald Durio
Durio, McGoffin
P. O. Box 51308
Lafayette LA 70505-1305

> Judgment on rehearing rendered and mailed to all parties or counsel of record on February 23, 2022

**REHEARING ACTION: February 23, 2022**

**Docket Number: 21   00172-CA**

**SHOP RITE, INC., ET AL.**
**VERSUS**
**SHAWNE GIELEN GARDINER**

**Appealed from Acadia Parish Case No. 201910957**

<u>**BEFORE JUDGES**</u>**:**

  **Hon. Elizabeth A. Pickett**
  **Hon. John E. Conery**
  **Hon. Van H. Kyzar**
  **Hon. Candyce G. Perret**
  **Hon. Sharon Darville Wilson**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shawne Gielen Gardiner** has this day been

  **DENIED.**
  Conery, J., would grant the rehearing.

cc: Christopher Leonard Zaunbrecher, Counsel for the Appellee